# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **NORIS SANTIAGO,** | : | **BANKR. NO. 18-12944** |
| **DEBTOR** | : | |

## ORDER CONTINUING THE STAY BEYOND THIRTY (30) DAY PERIOD

AND NOW, this        day of  May, 2018, upon consideration of the Debtor's Motion for Continuance of the Stay Beyond a Thirty (30) Day Period ("Motion"), and the Responses, thereto, if any, it is hereby

ORDERED that the Motion is GRANTED.

It is hereby ORDERED that the automatic stay in this case is extended beyond thirty (30) days after the duration of this case as to ALL creditors of the Debtor unless relief from same is granted.


_____

United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | BANKR. NO. 18-12944 |
| NORIS SANTIAGO, | : | CHAPTER 13 |
| DEBTOR | : | |

## MOTION ("MOTION") FOR CONTINUANCE OF THE STAY BEYOND THIRTY (30) DAY PERIOD

The Debtor requests that the automatic stay arising from his above bankruptcy

Case filing be continued beyond the thirty (30) day period set forth in 11 U.S.C.

Section 362(c) (3), for the following reasons:

1. The Debtor filed this Chapter 13 bankruptcy case on April 30 ,2018.

2. The Debtor had filed one prior bankruptcy case,  at Bankr. No. 14-16604, which, while confirmed on April 30 2015 ("the Prior Case"), was dismissed by this court on June 15, 2017.

3. The Prior Case was dismissed because the Debtor was unable to keep up with her plan payments to the Trustee, due to the fact that, after making payments of over $60,000 which was distributed to her creditors,  the Debtor believed that she had successfully negotiated a financing transaction which would have resolved her financial problems.  However, the transaction fell through, and by the time the Debtor was aware that the transaction would not be consummated, she had fallen too far behind in her payments to be able to catch up.  The Debtor has now retained new counsel and is confident that she will again be able to make substantial payments for her creditors' benefit and will now also be able to prepare a plan which will not only be confirmed, but will now be able to achieve a discharge.

4.  The circumstances of the Debtor have therefore changed from those of the Prior Case and she is confident that she will be able to confirm and consummate a plan in this case.

WHEREFORE, the Debtor requests that this Honorable Court will grant the instant Motion requesting to extend the automatic stay beyond the thirty (30) day period and for the duration of this case.

Respectfully submitted,

/s/David A. Scholl

_____

David A. Scholl, Esquire
512 Hoffman Street
Philadelphia,  PA  19148

Attorney for Debtor

(610)550-1765